The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC MEZA-ESPINOZA,<br><br>Defendant. | NO. CR16-171RAJ<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Memorandum,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #73) is GRANTED and the United States' Memorandum shall remain sealed.

DATED this 3rd day of February, 2017.

*(signature)*
The Honorable Richard A. Jones
United States District Judge

Order to Seal - 1
*Meza-Espinoza*, CR16-171RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970